[No. 14172-1-III. Division Three. December 19, 1995.]

STERLING W. MAY, ET AL., *Plaintiffs*, v. ROBERT L. SMART, SR., ET AL., *Respondents*, JOHN A. GOLDSBURY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 83-2-00525-3, Carolyn A. Brown, J., entered June 23, 1994. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Munson, J.

[No. 14410-1-III. Division Three. December 19, 1995.]

GRANGE INSURANCE ASSOCIATION, *Respondent*, v. TWELVE MINOR CHILDREN, *Appellants*.

Appeal from a judgment of the Superior Court for Chelan County, No. 93-2-00810-9, John E. Bridges, J., entered September 28, 1994. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Munson, J.

[No. 18012-0-II. Division Two. December 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM T. NORTHUP, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 93-1-00322-9, David E. Foscue, J., entered February 2, 1994. *Affirmed* by unpublished opinion per Wiggins, J. Pro Tem., concurred in by Seinfeld, C.J., and Fleisher, J.

[No. 18483-4-II. Division Two. December 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC SCOTT WIDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 94-1-00041-9, James Warme, J., entered June 27, 1994. *Affirmed* by unpublished opinion per Wiggins, J. Pro Tem., concurred in by Seinfeld, C.J., and Fleisher, J.